**Electronically Filed
Supreme Court
SCPW-21-0000320
17-MAY-2021
11:04 AM
Dkt. 3 ODDP**

SCPW-21-0000320

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

CHRIS SLAVICK, Petitioner

vs.

STATE OF HAWAI‘I, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1PC041001534)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's petition for writ of mandamus, filed on May 12, 2021, and the record, petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and may seek relief in the underlying case as provided by law. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the

requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, May 17, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins